1  Martin James Martinez
   California State Bar Number 97718
2  Martinez Law Office
   1434 Third Street
3  Suite 3 C
   Napa, CA 94559
4  707-251-9383
   Fax:707-251-9386
5  e:mail: attymary@sbcglgobal.net

6  Attorney for Plaintiff,
   Jose Farias Hernandez
7

8
                  UNITED STATES DISTRICT COURT FOR THE
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                             SAN FRANCISCO
11

12
   JOSE FARIAS HERNANDEZ,            ) Case Number: C 07- 05501 MEJ
13                                   ) Separate Case Management and
                        Plaintiff,   ) Federal Rule of Civil Procedure
14 v.                                ) 26 (f) report
                                     )
15 THE UNITED STATES OF AMERICA,     )
   U.S. DEPARTMENT OF JUSTICE,       ) Case management date: 2/7/08
16 DRUG ENFORCEMENT ADMINISTRATION   ) Time: 10: A.M.
   (DEA)                             )
17                      Defendant    )
   _____ )
18
           Pursuant to FRCP 26 (f) and local rules 16-8 and 16-9,   the plaintiff hereby files this
19
   statement as a separate case management statement.  The reason the statement was not filed
20
   jointly is based on the fact a meet and confer statement was filed with the government. However,
21
   there has been no response.
22
                          *Jurisdiction and Service*
23
           All parties in the case have been served.  The basis for the court's jurisdiction is fully set
24
   forth in the complaint.
25
                          *Factual description of case*
26
           The plaintiff filed the complaint for declaratory relief on October 29, 2007.  The
27

28
   ───────────────────────────────────────
   *Separate Case Managment Statement*

1  defendant answered the complaint on December 31, 2007.   The basis of the complaint is that the

2  government has seized currency in an amount in excess of $324, 000.00   The essence of the

3  seizure was that the plaintiff was detained in Nevada.  He was cited for not having a drivers

4  license. The local authorities seized a briefcase in the passenger seat.  Currency was found and

5  turned over to DEA.

6                                    *Legal Issues in Dispute*

7         The DEA contends that this property is the subject of forfeiture.  However, there is no

8  evidence whatsoever linking the currency to illicit drug dealings. The plaintiff via disclosures has

9  submitted evidence to the government of the sales of real property in Mexico that belonged to

10 him, thus, the reasons for his legal possession of the currency

11                                           *Motions*

12        The only motions perceived to be moved by the plaintiff would be a summary judgment

13 motion, motion to compel discovery in as much as the plaintiff has not received any disclosures

14 from the defendant, and an opposition to a change of a venue if the government seeks to file the

15 matter in the State of Nevada.

16                                  *Amendment of Pleadings*

17        The plaintiff perceives none in the case.

18                                  *Evidence Preservation*

19        The plaintiff through counsel is in possession of copies of the real estate sales documents.

20                                        *Disclosures*

21        All evidence in the possession of the plaintiff has already been provided to the

22 government. However, the defendant has not provided any disclosures.

23                                   *Discovery to date*

24        The only discovery as of this date has only been the full disclosure by the  plaintiff to the

25 defendant of the real estate sales documents.

26

27                                      *Class Action*

28

*Separate Case Managment Statement*

1    There is none.

2                           *Related Cases*

3        Presently, there is no related case. However, the plaintiff has been notified by the U.S.

4   Department of Justice DEA:  office of operations management, that his claim has been referred

5   to the U.S. Attorney for the civil division in the District of Nevada.

6                           *Relief Sought*

7        The relief sought is fully set forth in the compliant

8                              *ADR*

9        The plaintiff is interested in pursing ADR.

10                      *Consent to Magistrate*

11  The plaintiff consents to a magistrate

12                        *Other References*

13       In the event, the government decides to file the case in Nevada and prevails on venue

14  issues, the plaintiff would request a multi- district litigation classification.

15                        *Narrowing of issues*

16       Due to the type of case involved, it is impossible at this time to narrow the issues.

17                       *Expedited Schedule*

18       This is a claim for declaratory relief. Thus, the matter is ripe for an expedient resolution.

19                           *Scheduling*

20       The plaintiff foresees calling the attorney/notary in Mexico who prepared the escrow

21  documents. Further, a trained Spanish-speaking lawyer,  licensed in this state,  would be called to

22  translate and clarify the documents. Thus, the government may wish to take their depositions.

23  The deadline for filing motions or to add parties should be up until trial.  Th completion of

24  discovery should be up until trial.  The exchange and discovery of experts should be up until

25  trial. The deadline to file summary judgment motions should be up until trial. The pre-trial

26  conference should take place two weeks before trial. The trial date should be set forth on April 1,

27  2008.

28

*Separate Case Managment Statement*

1                           ***Trial***

2        It is perceived that this case will be tried by jury. The expected  length of the jury trial

3 would be approximately one week.

4                 ***Disclosure of non party interested entities***

5        The plaintiff has filed this document with the court.

6              ***Other matters that would facilitate the case***

7        A settlement conference in the very near future.

8

9 Dated: 1/31/08

10

11                               By:  "/s/ MARTIN JAMES MARTINEZ"
                                        Attorney at Law

12                               _____
                              MARTIN JAMES MARTINEZ
                              Attorney for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Separate Case Managment Statement*

1

2

3

_____***CERTIFICATE OF SERVICE***

4

5      I, Martin James Martinez, hereby certify that on January 31, 2008, that due to the fact,

6  the electricity was malfunctioning in my office, I could not register as an ECF member. Ergo, I

7  sent the case management statement by mail to the clerk of this court and counsel for the

8  government addressed to the interested parties in this action enclosed as follows:

9                          Stephanie M. Hinds, Esq.
                          United States Attorneys office
10                         450 Golden Gate Avenue
                          Suite 290
11                         San Francisco, CA 94102

12

13     Executed this the 31st of January 31, 2008 at Napa County, California. I declare under

   penalty of perjury under the laws of California and the United States of America, that the above
14
   is true and correct.
15
   By:
16

17  _____

18  MARTIN JAMES MARTINEZ

19

20

21

22

23

24

25

26

27

28

*Separate Case Managment Statement*