IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE FARIAS HERNANDEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, U.S. DEPARTMENT OF JUSTICE, DRUG ENFORCEMENT AGENCY (DEA),<br><br>    Defendants.<br>_____/ | Case No. C-07-5501 MEJ<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

The Court notes that the parties are scheduled to appear before this court on February 7, 2008 for a Case Management Conference. The court also notes that parties have failed to to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Intitial Case Management Scheduling Order. (see Docket #s 2 and 4). The parties have also failed to file a Joint Case Management Statement. The Court therefore hereby continues the Case Management Conference originally scheduled for February 7, 2008, to February 21, 2008, at 10:00 a.m., in Courtroom B. 450 Golden Gate Avenue, San Francisco, CA.

The parties shall electronically file their Joint Case Management Statement by February 14, 2008, and deliver a copy to the court's chambers. The parties shall also comply with the Court's order regarding ADR Certification and the selection of an ADR process..

**IT IS SO ORDERED.**

Dated: February 5, 2008

MARIA-ELENA JAMES
United States Magistrate Judge