Martin James Martinez
California State Bar Number 97718
Martinez Law Office
1434 Third Street
Suite 3 C
Napa, CA 94559
707-251-9383
Fax:707-251-9386
e:mail: attymary@sbcglgobal.net

Attorney for Plaintiff,
Jose Farias Hernandez

**ORIGINAL FILED**

FEB 4 - 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| JOSE FARIAS HERNANDEZ,<br><br>           Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br>U.S. DEPARTMENT OF JUSTICE,<br>DRUG ENFORCEMENT ADMINISTRATION<br>(DEA)<br>           Defendant | ) Case Number: C 07- 05501 MEJ<br>) Separate Case Management and<br>) Federal Rule of Civil Procedure<br>) 26 (f) report<br>)<br>)<br>) Case management date: 2/7/08<br>) Time: 10: A.M.<br>)<br>) |

Pursuant to FRCP 26 (f) and local rules 16-8 and 16-9, the plaintiff hereby files this statement as a separate case management statement. The reason the statement was not filed jointly is based on the fact a meet and confer statement was filed with the government. However, there has been no response.

### *Jurisdiction and Service*

All parties in the case have been served. The basis for the court's jurisdiction is fully set forth in the complaint.

### *Factual description of case*

The plaintiff filed the complaint for declaratory relief on October 29, 2007. The

*Separate Case Managment Statement*

1  defendant answered the complaint on December 31, 2007.   The basis of the complaint is that the
2  government has seized currency in an amount in excess of $324, 000.00   The essence of the
3  seizure was that the plaintiff was detained in Nevada.  He was cited for not having a drivers
4  license. The local authorities seized a briefcase in the passenger seat.  Currency was found and
5  turned over to DEA.

### *Legal Issues in Dispute*

7  The DEA contends that this property is the subject of forfeiture.  However, there is no
8  evidence whatsoever linking the currency to illicit drug dealings. The plaintiff via disclosures has
9  submitted evidence to the government of the sales of real property in Mexico that belonged to
10 him, thus, the reasons for his legal possession of the currency

### *Motions*

12  The only motions perceived to be moved by the plaintiff would be a summary judgment
13  motion, motion to compel discovery in as much as the plaintiff has not received any disclosures
14  from the defendant, and an opposition to a change of a venue if the government seeks to file the
15  matter in the State of Nevada.

### *Amendment of Pleadings*

17  The plaintiff perceives none in the case.

### *Evidence Preservation*

19  The plaintiff through counsel is in possession of copies of the real estate sales documents.

### *Disclosures*

21  All evidence in the possession of the plaintiff has already been provided to the
22  government. However, the defendant has not provided any disclosures.

### *Discovery to date*

24  The only discovery as of this date has only been the full disclosure by the  plaintiff to the
25  defendant of the real estate sales documents.

### *Class Action*

*Separate Case Managment Statement*

2

1 | There is none.

## Related Cases

Presently, there is no related case. However, the plaintiff has been notified by the U.S. Department of Justice DEA: office of operations management, that his claim has been referred to the U.S. Attorney for the civil division in the District of Nevada.

## Relief Sought

The relief sought is fully set forth in the compliant

## ADR

The plaintiff is interested in pursing ADR.

## Consent to Magistrate

The plaintiff consents to a magistrate

## Other References

In the event, the government decides to file the case in Nevada and prevails on venue issues, the plaintiff would request a multi- district litigation classification.

## Narrowing of issues

Due to the type of case involved, it is impossible at this time to narrow the issues.

## Expedited Schedule

This is a claim for declaratory relief. Thus, the matter is ripe for an expedient resolution.

## Scheduling

The plaintiff foresees calling the attorney/notary in Mexico who prepared the escrow documents. Further, a trained Spanish-speaking lawyer, licensed in this state, would be called to translate and clarify the documents. Thus, the government may wish to take their depositions. The deadline for filing motions or to add parties should be up until trial. Th completion of discovery should be up until trial. The exchange and discovery of experts should be up until trial. The deadline to file summary judgment motions should be up until trial. The pre-trial conference should take place two weeks before trial. The trial date should be set forth on April 1, 2008.

*Separate Case Managment Statement*

3

1  **<u>Trial</u>**

2  It is perceived that this case will be tried by jury. The expected length of the jury trial
3  would be approximately one week.

4  **<u>Disclosure of non party interested entities</u>**

5  The plaintiff has filed this document with the court.

6  **<u>Other matters that would facilitate the case</u>**

7  A settlement conference in the very near future.

8

9  Dated: 1/31/08                              By: _____
                                                MARTIN JAMES MARTINEZ
10                                              Attorney for Plaintiff

11

12

... (lines 13–28)

*Separate Case Managment Statement*

4

## CERTIFICATE OF SERVICE

I, Martin James Martinez, hereby certify that on January 31, 2008, that due to the fact, the electricity was malfunctioning in my office, I could not register as an ECF member. Ergo, I sent the case management statement by mail to the clerk of this court and counsel for the government addressed to the interested parties in this action enclosed as follows:

>Stephanie M. Hinds, Esq.
>United States Attorneys office
>450 Golden Gate Avenue
>Suite 290
>San Francisco, CA 94102

Executed this the 31st of January 31, 2008 at Napa County, California. I declare under penalty of perjury under the laws of California and the United States of America, that the above is true and correct.

By:

_____
MARTIN JAMES MARTINEZ

*Separate Case Managment Statement*

5