TOTAL TIME (MINS): **10**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## *HON. MAGISTRATE JUDGE MARIA-ELENA JAMES*

### CIVIL MINUTE ORDER

**DATE:  February 21, 2008**
**TITLE:  Hernandez -v- U.S. Dept. Of Justice, DEA**          **CASE #: C-07-5501 MEJ**

_____

### APPEARANCES:
**FOR PLAINTIFF:**                                          **FOR DEFENDANT:**

**Martin J. Martinez**                                      **Stephanie M. Hinds**

_____

**Deputy Clerk:  Brenda Tolbert**                           **FTR: 10:01 10:11**
### PROCEEDINGS:

  **X**   **Initial Case Management**
____  **Further Case Management**
____  **Status Conference**
____  **Pretrial Conference**
____  **Settlement Conference (Length: Hr/s.)**
____  **Evidentiary Hearing**
____  **Examination of Judgment Debtor**
____  **Motions**
____  **Other:**

_____

**ORDER/RESULTS:**

> **Initial Case Management Conference Held.  Govt Moves to Dismiss.  Parties to Submit Briefing Schedule.  See Court Order.**

**Case Continued To:_____     For:_____**
**Case Referred To:_____     For:_____**

**ORDER TO BE PREPARED BY: Court**

**cc: Chambers File, Chris, Brenda,  Other:**