IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE FARIAS HERNANDEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, U.S. DEPARTMENT OF JUSTICE, DRUG ENFORCEMENT ADMINISTRATION (DEA)<br><br>    Defendant.<br>_____/ | Case No. C-07-5501 MEJ<br><br>ORDER DIRECTING PARTIES TO FILE BRIEFING SCHEDULE ON ISSUE OF JURISDICTION;<br><br>ORDER STAYING DISCOVERY |

    Pursuant to the hearing held February 21, 2008, the Court hereby ORDERS the parties to meet and confer and submit to the Court a briefing schedule regarding the issue of this court's jurisdiction in this matter. Such schedule shall be filed electronically by March 17, 2008, with a courtesy copy lodged in Judge James' chambers at 450 Golden Gate Avenue, 15th floor, San Francisco, California, 94102.

    Further, the Court hereby stays discovery in this matter until the court determines the jurisdiction issue.

///

///

1 | **IT IS SO ORDERED.**

3 | Dated: March 4, 2008

_____
MARIA-ELENA JAMES
United States Magistrate Judge

2