JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6816
   Fax: (415) 436-6748
   E-mail:  stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOSE FARIAS HERNANDEZ,** | No. C07-05501 MEJ |
| **Plaintiff,** | |
| v. | **BRIEFING SCHEDULE RE: GOVERNMENT'S MOTION TO DISMISS RE: VENUE AND JURISDICTION** |
| **UNITED STATES OF AMERICA,** | |
| **Defendant.** | |

   The parties hereby jointly propose the following dates with respect to the Government's Motion to Dismiss Re: Venue and Jurisdiction:

   Motion to Dismiss hearing - Thursday, June 5, 2008 at 10:00 a.m.

   Government's Motion to Dismiss due May 1, 2008

   Plaintiff's Response due May 15, 2008

   Government Rebuttal due May 22, 2008

Dated: 3/10/08

                                            Respectfully submitted,

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney

                                            */s/ Stephanie M. Hinds*
                                            STEPHANIE M. HINDS
                                            Assistant United States Attorney

Dated:

                                            _____
                                            MARTIN MARTINEZ, ESQ.
                                            Attorney for Jose Hernandez

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6816
    Fax: (415) 436-6748
    E-mail: stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE FARIAS HERNANDEZ, | No. C07-05501 MEJ |
| Plaintiff, | |
| v. | BRIEFING SCHEDULE RE: GOVERNMENT'S MOTION TO DISMISS RE: VENUE AND JURISDICTION |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

    The parties hereby jointly propose the following dates with respect to the Government's Motion to Dismiss Re: Venue and Jurisdiction:

    Motion to Dismiss hearing - Thursday, June 5, 2008 at 10:00 a.m.

    Government's Motion to Dismiss due May 1, 2008

    Plaintiff's Response due May 15, 2008

    Government Rebuttal due May 22, 2008

Dated: 3/10/08

    Respectfully submitted,

    JOSEPH P. RUSSONIELLO
    United States Attorney

    _____
    Assistant United States Attorney

Dated:

    MARTIN MARTINEZ, ESQ.
    Attorney for Jose Hernandez

## ORDER

IT IS SO ORDERED. The briefing schedule on the Government's Motion to Dismiss is set as follows:

Motion to Dismiss hearing - Thursday, June 5, 2008 at 10:00 a.m.

Government's Motion to Dismiss due May 1, 2008

Plaintiff's Response due May 15, 2008

Government Rebuttal due May 22, 2008

Dated: _____
MARIA ELENA JAMES
United States Magistrate Judge

BRIEFING SCHEDULE RE: GOVERNMENT'S
MOTION TO DISMISS RE: VENUE AND JURISDICTION
C 07-05501 MEJ

2