JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH(CSBN 163973)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7303
   Fax: (415) 436-6748
   E-mail: david.countryman@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JOSE FARIAS HERNANDEZ, | ) | **No. C07-05501 MEJ** |
| | ) | |
| Plaintiff, | ) | NOTICE OF SUBSTITUTION |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, U.S. | ) | |
| DEPARTMENT OF JUSTICE, DRUG | ) | |
| ENFORCEMENT ADMINISTRATION | ) | |
| (DEA) | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    Defendants United States of America, U.S. Department of Justice, and Drug Enforcement

Administration, hereby give notice that Assistant United States Attorney David B. Countryman is

substituting in as counsel of record in the above entitled case.


Respectfully submitted,

                           JOSEPH P. RUSSONIELLO
                           United States Attorney


DATED: April 16, 2008                /s/
                           DAVID B. COUNTRYMAN
                           Assistant United States Attorney