1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

2  BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  DAVID B. COUNTRYMAN (CSBN 226995)
   Assistant United States Attorney
5

6  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
7  Telephone: (415) 436-7303
   Fax: (415) 436-6748
8  E-mail: david.countryman@usdoj.gov

9  Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JOSE FARIAS HERNANDEZ, | ) | **No. C07-05501 MEJ** |
| Plaintiff, | ) | [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS |
| v. | ) | |
| UNITED STATES OF AMERICA, U.S. DEPARTMENT OF JUSTICE, DRUG ENFORCEMENT ADMINISTRATION (DEA) | ) ) ) ) | |
| Defendants. | ) | |

Defendants United States of America, U.S. Department of Justice, and Drug Enforcement Administration's (collectively "Defendants") Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12 came before this Court on June 5, 2008 at 10:00 a.m. before the Honorable Maria Elena James. Assistant United States Attorney David B. Countryman appeared for Defendants. Martin James Martinez of the Martinez Law Office appeared for Plaintiff Jose Farias Hernandez ("Plaintiff").

///

1
2   The Court having considered the briefs, argument of counsel and all matters
3 presented to the Court, and good cause appearing, hereby **GRANTS** Defendants' Motion to
4 Dismiss as follows:  The Court declines to exercise equitable jurisdiction and **DISMISSES**
5 **WITHOUT LEAVE TO AMEND** Plaintiff's Complaint for Equitable Relief Declaratory and
6 Injunctive.
7
8   **IT IS SO ORDERED**.
9
10   Dated: _____ ___, 2008
11                             By_____
12                               HON. MARIA ELENA JAMES
                                UNITED STATES DISTRICT JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28