TOTAL TIME (MINS): 15

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

*HON. MAGISTRATE JUDGE MARIA-ELENA JAMES*

## CIVIL MINUTE ORDER

DATE: June 5, 2008
TITLE: Hernandez -v- U.S.A.                                    CASE #: C-07-5501 MEJ

**APPEARANCES:**

FOR PLAINTIFF:                                    FOR DEFENDANT:

Martin J. Martinez                                David Countryman

Deputy Clerk: Brenda Tolbert                      Reporter: Lydia Zinn

**PROCEEDINGS:**

____ Initial Case Management
____ Further Case Management
____ Status Conference
____ Pretrial Conference
____ Settlement Conference (Length: Hr/s.)
____ Evidentiary Hearing
____ Examination of Judgment Debtor
__X__ Motions
____ Other:

**ORDER/RESULTS:**

Defendant's Motion to Dismiss Held. See Court Order.

Case Continued To: _____     For: _____
Case Referred To: _____      For: _____


**ORDER TO BE PREPARED BY:** Court

**cc:** Chambers File, Chris, Brenda, Other: